## Exhibit A to the Complaint

**Location:** Brockton, MA  
**Total Works Infringed:** 193  

**IP Address:** 73.142.43.48  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 29A8F5574E95B70E6013548D83E7CC2B05C574C5<br>File Hash:<br>F76DB04753EAF30A67246C0909EA91558155A0144247D81A9CB11A72408FC33F | 02/11/2024<br>20:57:55 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 2 | Info Hash: 85E96705DFE744C3ED4394F199F6A4AF9CA2BE2B<br>File Hash:<br>E61D03C0CCEF4D2D8F22772776B8CEB47D2CD91CDD7A7E5E70E961344DA97E17 | 02/01/2024<br>00:41:51 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 3 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash:<br>14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 01/31/2024<br>00:25:25 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 4 | Info Hash: 8F0D645A4E467F33C0C50898172B7C703E9DD93D<br>File Hash:<br>1C3B5635217F05EAC3D317D29E4903E2FF3BD795E24C160E79062321EC9AB063 | 01/28/2024<br>22:13:22 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 5 | Info Hash: 1A7D7901CAB16103ACE64A3A519483629AFEE143<br>File Hash:<br>ED5B28FF89716D2E583E69DB461C7269D111643C26F73CADD8753BFF204DF5DF | 01/20/2024<br>20:49:57 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 6 | Info Hash: 36C032E0D20FB461E5BFA395367401D89C726783<br>File Hash:<br>C9DBB2878D4B77942D2DA9627E617148EA7EF771F469906E495D9286DEF4DFA9 | 01/06/2024<br>13:41:11 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 7 | Info Hash: 9CACF0269937E952B7A5DDFB150F4895F44B515E<br>File Hash:<br>CFD1E108F5E359C07DDFEC7A3197957CB0323DF940F38CBCE1C262E438C7F6E9 | 01/06/2024<br>01:25:38 | Blacked | 09/25/2021 | 10/05/2021 | PA0002315288 |
| 8 | Info Hash: 32292015ECBE643F28B24B86ADA27F1F70B1AE85<br>File Hash:<br>9B262343F79DD3664F7EE996D27ED158DD6867EB0E77D4031DD130AE91C24EF3 | 01/01/2024<br>19:40:49 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 9 | Info Hash: F6F26D3133DA455D06CA3E6CEF70EC8222CD21A4<br>File Hash:<br>0F2A780E0D4A44317B12FD8C7B8D79ED208BDF09862675A0F2E84E359CBB719E | 12/30/2023<br>02:48:00 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |
| 10 | Info Hash: 42B2DBC57D6A747ACE8FEFEFCD10F59650985752<br>File Hash:<br>E18F1C05CF669623EA7E817D711B9E0860FC2EEFAE5565E866EFBE88A5A338D6 | 12/29/2023<br>21:30:30 | Blacked Raw | 11/13/2023 | 12/12/2023 | PA0002444884 |
| 11 | Info Hash: 6742F51417E400EEB56584B73B970A2B605FD713<br>File Hash:<br>87057131412E85764CE435473F0C2F26E3C28174AB560094D97ACF1BE19B4181 | 12/24/2023<br>14:23:40 | Blacked Raw | 03/23/2018 | 04/17/2018 | PA0002116746 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: A567D7ADE01A1C7E2A748C40CFF533AA1108F4D5<br>File Hash: E6C539616569E73CDAF6966CD0362D0A1654080E5EA890B5CE0DDA8EFD92E27E | 12/21/2023 10:42:56 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 13 | Info Hash: 41F19F8D4281F2D30E07C3438ECB400367DA6228<br>File Hash: 2CE99637C4E31D2AA20F259CEE7B76803A3FDA8E554393BE4C1601D426271A92 | 12/03/2023 19:08:07 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 14 | Info Hash: 9FD924A8E6AB463C8BB228E15CAF65E95298E3F8<br>File Hash: 6009E8E0080F76C38A9C951363476A86D70EDE85DA9D68FF5998ED33E3C60F83 | 12/02/2023 20:16:36 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 15 | Info Hash: B4612AD0CC82CC5476A12F45ABEFA1254CC2D56B<br>File Hash: 319D0859D6489629432FD7B63D7CA48D6C1B351843ED7DEEC8C662567758A424 | 12/02/2023 20:16:33 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 16 | Info Hash: 364D65C8F7726A10E880CA7B43352A55565925EE<br>File Hash: 430D25FA4D99731B4873B2410A260C6CE4DEDBFBCD1EC35E21A03EA3FA4CB23E | 11/30/2023 02:03:43 | Blacked | 11/25/2023 | 12/11/2023 | PA0002444871 |
| 17 | Info Hash: EE27E3673DE498C963AF649033B1DBA7369C9D97<br>File Hash: E0D34D45A08FA8A2F15DF67E26E3FE2A6A57C0F7F45EDE504D71EC6878598D79 | 10/28/2023 09:34:38 | Vixen | 12/09/2022 | 02/21/2023 | PA0002401000 |
| 18 | Info Hash: F9F375B641E9E26C7668E746B36B7EE9930986F3<br>File Hash: ED44FB9DE89A6945E41B829196A520BC11B17811C5584740595B008CD7C309D6 | 10/26/2023 23:17:11 | Blacked | 10/21/2023 | 11/13/2023 | PA0002439582 |
| 19 | Info Hash: F70E9D5482CF748A69680C9D47ED49A6B1F3FB68<br>File Hash: 714F9DD60AA32809AC02160BFD284FE16B624FDC1AAB759AC4D5FDE85BEBB9FD | 10/22/2023 18:50:28 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |
| 20 | Info Hash: 0E04BF2F8EC0D710DCB7483C790DAC830E1680BE<br>File Hash: 8CB72BBD212357866BF45FB51250F74F5ADD1BB2098AF546FE2840FD3673CCAB | 10/22/2023 02:03:41 | Blacked Raw | 10/16/2023 | 11/13/2023 | PA0002439580 |
| 21 | Info Hash: 370B68EA7D827996BE7ADA061F25EEB859F470DA<br>File Hash: 5D08F43354D70722F0A10661FE3E25B3D29528D5161BF686628672BD2703D026 | 10/15/2023 14:49:17 | Blacked | 10/14/2023 | 11/13/2023 | PA0002439573 |
| 22 | Info Hash: 3BD714763C5536AAE8CF6485420E9774E3BA4D32<br>File Hash: 5DE43EE7552822B45CA685E41E3307BD30C108832E68248F9721B01898F4E1BD | 10/12/2023 00:40:39 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 23 | Info Hash: 9CFB10215A32610BFFCC235C930D8B64650EAC5D<br>File Hash: 009A48209BD35A7D2E9D9877B434A9537FA8BE03D5C96A8C017564136CEE7A62 | 10/06/2023 20:47:10 | Tushy | 06/25/2023 | 07/13/2023 | PA0002420342 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 54609D74A9FF3AB268D9A0893FAF92DD1608DEF3<br>File Hash: 1E2A0A7871CABB5F73E42D0D7E8403CBFA69E1FD56C7604C04683E51DB784D89 | 10/06/2023 01:02:54 | Blacked Raw | 09/25/2023 | 10/18/2023 | PA0002435306 |
| 25 | Info Hash: 9B051B4B346120020114C51288BAA2CB8443B77A<br>File Hash: 5A898C7D9B55E10240A8F29BA8EACE1EB64AABE6489465075D7688F082AFE440 | 10/04/2023 22:43:02 | Blacked | 09/30/2023 | 10/18/2023 | PA0002435266 |
| 26 | Info Hash: E2F1FA105740A79E1F6760EE543771E399E7BC7E<br>File Hash: B88DFB3FDC07345DDEF49F2E5FC5186217B958DD277E6770897F00934D014812 | 10/04/2023 22:42:53 | Blacked | 09/23/2023 | 10/17/2023 | PA0002435265 |
| 27 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash: 85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 09/17/2023 17:48:18 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 28 | Info Hash: 29B35191E40ABBB81FAF7BD06F20449D5CE5EAB3<br>File Hash: 0F8558E722E30F998673837B21700E537278479B75811A303F4340BBB9165A9F | 09/17/2023 14:43:09 | Tushy | 03/26/2023 | 04/07/2023 | PA0002405762 |
| 29 | Info Hash: AE1E63C738F0395E80CE586DB9CF5726707324B7<br>File Hash: 4813C4272BC4E97B0C572A9ACCCCAAA8A0DF79113B71EECA9E128E7F1BF14F40 | 09/16/2023 16:39:29 | Blacked Raw | 04/19/2023 | 05/14/2023 | PA0002411264 |
| 30 | Info Hash: F2BDF698F69726790DA7B873AB16AD9724ECF12A<br>File Hash: FC5C56DA2519664D4D0E8FE48132EB93FCA8A346DB986DE7D106E3F62ADC58DC | 09/10/2023 11:25:57 | Blacked | 09/09/2023 | 09/18/2023 | PA0002430904 |
| 31 | Info Hash: 0AE9B160D36E7D61C82F02E9C06C16847CAEFBF0<br>File Hash: EFA5C20C4BC26CD834AD0CDEA274288EFA6DF1C4C0BE2132BDFECF19D8511695 | 09/10/2023 11:25:53 | Blacked | 09/02/2023 | 09/18/2023 | PA0002430909 |
| 32 | Info Hash: 5868129A7C59FF27730E9E1C4C3C8B13F3354F21<br>File Hash: E39AB01B5889CF2F92651AD3328806701AE4D663E185745ABF0269A01B50B299 | 09/10/2023 02:03:35 | Blacked | 07/01/2023 | 07/13/2023 | PA0002420349 |
| 33 | Info Hash: 2FB0184D847F32A5D4FA9E1BC896FF63F5C106D0<br>File Hash: 4E34D7E05595B7D5FC3C5EAA08ADB038B9826EE410A4A9ED6F93D09B27DD99FE | 09/05/2023 23:39:34 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |
| 34 | Info Hash: 6810DDE1ADC5669F48AB834BA41E44DCFCF9E491<br>File Hash: C6E947F22953C931313C2ED8C3EC3EA8B03345A96C38EA5AE71EC1D1F7303F51 | 08/31/2023 23:04:33 | Blacked | 08/26/2023 | 09/18/2023 | PA0002430902 |
| 35 | Info Hash: 251E98FDDBF487C34DF4A4378903DF0134382A03<br>File Hash: B16D5B37DC5D64EF629C18B33A934DA9B5FE3D11B60F02EBDE2AE911BC2F2DA9 | 08/26/2023 19:45:28 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8729BBA014EB91E8B30A8B64349ABB2A290E50B0<br>File Hash: 3C11AB0B00EC61CCA175F27D5D7522A1358F07CC4F07BC84D3B3578F3597DC46 | 08/26/2023 10:37:08 | Tushy | 08/06/2023 | 08/17/2023 | PA0002425539 |
| 37 | Info Hash: 9BE662B860660A5181956A60790995E6D43AC5F7<br>File Hash: 40E44FD4BBEC21822154036E7DB3D0EF7073478EA09FE7D933CB8BBE91A05DF0 | 08/16/2023 00:12:53 | Vixen | 05/26/2023 | 06/09/2023 | PA0002415392 |
| 38 | Info Hash: CF8292048847BE5479627B055A059A6349FEAD51<br>File Hash: 4B4724B1DF564FB1608A212FB42B3193094ACA2B7DDB82BA5E96BAA59BB2B5DE | 08/09/2023 00:10:32 | Tushy | 07/09/2023 | 07/13/2023 | PA0002420353 |
| 39 | Info Hash: 919A88F63D482611220967EEFE99B6669317742C<br>File Hash: 4AC9421AB70BE5053E3D148D03BA2DF013A5B609B4D8ADB325A3121CC03DA16B | 08/09/2023 00:01:07 | Blacked Raw | 06/28/2023 | 07/13/2023 | PA0002420343 |
| 40 | Info Hash: 259C3061A4BD639AFA7A99248B6BA5DD05E1630A<br>File Hash: 1174E1DB87AB8452D1CA23A43632AA660688173E7A38C85A9BE736F8B13EEB48 | 08/05/2023 13:31:50 | TushyRaw | 07/05/2023 | 07/13/2023 | PA0002420347 |
| 41 | Info Hash: F65CA450290F2FE55A1F2279B3FF6E6BC6E53E9D<br>File Hash: 3B5C46156A2FCE9559AC7987003E708806D6B3E5CA8909206F93A67B92E4AF90 | 08/05/2023 00:43:22 | Tushy | 04/09/2023 | 05/15/2023 | PA0002411263 |
| 42 | Info Hash: B79D5F451022B1A8FDF8B97F75DE2F72E304C719<br>File Hash: B591559FBA69A3CEF60C7EE5A7DE269DE594B2E0A1BDFDF716BFEC1B7EE0B662 | 08/05/2023 00:30:56 | Vixen | 07/28/2023 | 08/17/2023 | PA0002425768 |
| 43 | Info Hash: 9BCE454DE8B396B9CC1EBED9BC6AC5CF71FCF54F<br>File Hash: EB3361380DB7D6AE0638A1128F8472E893BA43EB0A11688C2F9F380F3F15FF2E | 07/30/2023 22:08:59 | Blacked | 07/22/2023 | 08/17/2023 | PA0002425765 |
| 44 | Info Hash: 93D97CECD576030D8D188B2FAE3F9C62A2EB5D09<br>File Hash: 5F8E2A9EE4C5225A986487D7F26AEA8730855EF8B3E508F8E87F1DD14B5D9166 | 07/24/2023 23:28:31 | Vixen | 07/14/2023 | 08/17/2023 | PA0002425769 |
| 45 | Info Hash: 19D9C0CB9C6CD53A57C90FB26B18613254F92288<br>File Hash: F3E2E9AC3D628589EFCCEE50E6976E8E3DF4FA7F3059C8B1B728F013D8E1DEA5 | 07/24/2023 23:27:09 | Vixen | 07/21/2023 | 08/17/2023 | PA0002425767 |
| 46 | Info Hash: 875CA79E6D6EE476DE1AE5755AAE3A629CF99424<br>File Hash: 1F03323DBF4E1FE5057CBF65084D2A0AAC7A472E319493B289B581A76F952D02 | 07/03/2023 19:47:58 | Tushy | 06/11/2023 | 07/13/2023 | PA0002420360 |
| 47 | Info Hash: 57D55CF2E1C375BBFAB76A1226219452189BF550<br>File Hash: 77C24A8664F1F1E61C4333D24E05A15885B28F6EF0CFB4B8F73772A06D7A24EA | 07/03/2023 19:35:20 | Blacked Raw | 12/03/2017 | 01/04/2018 | PA0002097460 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: F263B7146E8D7BFC4A1702C1B44B99E0B4258CDD<br>File Hash: 3714BCB3FE635526ECDC2B63D6C9E4D5462037E83369360732218BB0F8D82A80 | 06/27/2023 23:33:58 | Vixen | 06/16/2023 | 07/13/2023 | PA0002420352 |
| 49 | Info Hash: 5A9A06FCFB7AFA118795BBEA65AB1A1F9E8F0FD3<br>File Hash: 680F372C62EF3645006E61FA418D4B7108C74607354B3BEE9FBE0778CE93762F | 06/27/2023 23:26:04 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 50 | Info Hash: EBD1A0130D2765D9E82035ADAE93D5D368809327<br>File Hash: A40D67C01EAE47E591E4BBB126E37E86EF5EE0259A586B7D47C6C09EAC6441CF | 06/27/2023 23:23:37 | Blacked | 06/24/2023 | 07/13/2023 | PA0002420341 |
| 51 | Info Hash: 91A4EFE2C634E466B827833D0124F82C6DA6D732<br>File Hash: 52D5F331A869CBAC67910086299E363F7EDBABA2D8D8AD0B2347769867A54201 | 06/27/2023 23:23:29 | Blacked | 06/17/2023 | 07/13/2023 | PA0002420351 |
| 52 | Info Hash: ACC005CC5540B73FD43F4D15ABAF01B7245E583F<br>File Hash: 38EA3BEBD5531AA9C70A2F4275A0A9F108E1F1BDA2C9CBB7B347BFEBBC5A2B84 | 06/14/2023 23:17:03 | Blacked | 06/10/2023 | 07/13/2023 | PA0002420362 |
| 53 | Info Hash: C19D5A3BD5F794D114616FE5B8F3084E96421342<br>File Hash: BE59C0A7B24237D9DFFBE9C12524025D1BA35213C67E371395B97CC9FB46CA54 | 05/24/2023 21:54:31 | Blacked Raw | 05/24/2023 | 06/09/2023 | PA0002415389 |
| 54 | Info Hash: 7BF39A3A1DDC791C77A9329A761C293632340BD4<br>File Hash: 986CD7B4A6EA02CC707A8343D0DD9205DC607F89A40472F77D9789FFC5729E24 | 05/20/2023 01:18:47 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 55 | Info Hash: DE77246EE34EE1CDD79ED93E2A72D390952AEDBA<br>File Hash: 7A9703274C30670E88D5C893C87B8F218D90C72E0AE6635F0BFB38807695E4B7 | 05/18/2023 22:33:03 | Blacked Raw | 07/26/2019 | 09/10/2019 | PA0002199417 |
| 56 | Info Hash: 3E2A72B1E34383F60734DB7DE13F5DBF59A09549<br>File Hash: D36D754A01F289D7B3C9C47205020F6D089003CFAC17DC6A785B17C4F9557461 | 05/17/2023 23:46:32 | Tushy | 03/05/2023 | 04/07/2023 | PA0002405753 |
| 57 | Info Hash: 0672640B6F205B14C546FDD1D362F3BC310EEEFA<br>File Hash: DC6148F265A95BF87AC809D45C2FABFC04F56C9EF26307328749108FDDFC184D | 05/03/2023 23:37:39 | Blacked | 04/29/2023 | 05/17/2023 | PA0002412011 |
| 58 | Info Hash: 580E5F377A9B21CE08E2D9838137776B28D9701F<br>File Hash: 0B2FBEF512B6EB27306D790E5A2AFF94249B81068695BFD92C70456AD5C0DDAB | 04/30/2023 21:52:23 | Blacked Raw | 12/10/2022 | 01/10/2023 | PA0002389572 |
| 59 | Info Hash: E2977553BF2795BAD540782A9EA1B5E180EE6EEE<br>File Hash: 3275D5AB1048CD02CB54DE52FA6E35813EE55911FAC3F87A2E0FA9C80A56148A | 04/27/2023 22:45:12 | Blacked | 04/22/2023 | 05/15/2023 | PA0002411285 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: B3F13D87A7452CB0109A50A595B9C8CD2967A360<br>File Hash:<br>8EBA9AC483BEB3FAABA5D92A1E6CC24366A9397EF9AAED9829904EECA08674FD | 04/23/2023 20:08:31 | Vixen | 04/21/2023 | 05/15/2023 | PA0002411310 |
| 61 | Info Hash: 901D0D8A90F8257E9DA467449807DEA9D71D68E1<br>File Hash:<br>4DF69A216C5F16C55023C1D591F7DB2AA2AFAEB1960728EC6B75C9CD50E8FA51 | 04/17/2023 00:23:14 | Blacked | 10/09/2021 | 10/19/2021 | PA0002317059 |
| 62 | Info Hash: 2A442D5C97361AE2B519E1E84CF2D052532D5965<br>File Hash:<br>BE95110B0425CE9A42124B848EE8C8610D0378D97D31B729E6AA2A196A7ED522 | 04/16/2023 21:38:14 | Blacked Raw | 12/05/2022 | 01/10/2023 | PA0002389624 |
| 63 | Info Hash: 5C3D2E9C04E4C097755E46668107EFE82259ED24<br>File Hash:<br>5B0F365C771B791F327D7E5299C9C67AE27A70F8719EA5E4C033F4BA80D648EA | 04/16/2023 21:11:19 | Blacked | 04/15/2023 | 05/15/2023 | PA0002411295 |
| 64 | Info Hash: 82CDBE33ED33FC7EAA0D43FAC12D9A65865E3BE2<br>File Hash:<br>BB386ED6AB88365F0F93BFB04BC9F617230A112717237B4BC6463669AAD2FBDD | 04/11/2023 23:43:39 | Blacked Raw | 04/09/2023 | 05/14/2023 | PA0002411278 |
| 65 | Info Hash: 5C881317A64059A9E93015BC70F3A69F11F22BA8<br>File Hash:<br>4E90805D744633B302315BBD5BB18E1C8595CA73A73EA26B963AD93304881000 | 04/11/2023 23:42:02 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 66 | Info Hash: 08BAFAD0DD1390DEB8E8B615DA2FC0656C5B5B19<br>File Hash:<br>85DFA6100539E734E65306648C31850200C8AD8DFA36EC251C9ED0CE7E3C816D | 04/02/2023 20:52:08 | Blacked | 08/28/2021 | 09/21/2021 | PA0002312681 |
| 67 | Info Hash: 6E14A08630CBF298BF6A1084842B7CE1DBB4DC99<br>File Hash:<br>6FAA5FFB611CE6672B647C4F345DB3C350DF3585CD0E7987CF44133647A94D8E | 04/02/2023 11:59:58 | Blacked | 04/01/2023 | 04/07/2023 | PA0002405761 |
| 68 | Info Hash: AF62F71E24B618A821444B2911E913228FAD9EB2<br>File Hash:<br>26C8F4089D991B2A75A1A9D68156149B8D954F6763248715D38A60DD54E4684A | 03/30/2023 23:07:08 | Blacked | 03/25/2023 | 04/07/2023 | PA0002405756 |
| 69 | Info Hash: C8ED25C31C948B3B01DBE87C46D098D94B867999<br>File Hash:<br>6C080E43ABD29BE3CD03E724F79DEF82B4DA2142DF355BE45D6C6773F869573F | 03/30/2023 23:06:48 | Blacked | 03/18/2023 | 04/07/2023 | PA0002405751 |
| 70 | Info Hash: 5C7116EE8364B645E49E0F839CF5DC11B95851EC<br>File Hash:<br>546FDC56ACBDA55E89C48FB82BAAA33ACF575C58737AEE815DE3EB98121571BE | 03/26/2023 21:03:26 | Vixen | 03/10/2023 | 04/09/2023 | PA0002405759 |
| 71 | Info Hash: 3F61B082F992075D67F71479085ACA442CBAF7B8<br>File Hash:<br>A8FB3C262B9B418D0185A17BD2F9697D8F550C8B08FEB13C9479359D0578D5D1 | 03/25/2023 19:19:41 | Blacked | 03/11/2023 | 04/09/2023 | PA0002405763 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: A50DA64F593C414E6332A2B987C875DFFD297BD9<br>File Hash: 3ED6AB6927CDE5BA6CD646D1BF23C0002BAB6D3F5DA15852459C776F5FB33FE5 | 03/08/2023 11:56:53 | Blacked Raw | 10/11/2022 | 10/31/2022 | PA0002377831 |
| 73 | Info Hash: C69C44B67757C72F12CDE95F5A934621F56D798B<br>File Hash: 366BBBABC1BC4B473F9BBF002181303BBEC80DA36CFFBA11D7C8767B6938FAFB | 03/08/2023 11:56:15 | Blacked | 03/04/2023 | 04/07/2023 | PA0002405754 |
| 74 | Info Hash: 44999B8D73D1448B4085B36C51240DFB91BE3C17<br>File Hash: EB06FF421EC38018D145B04455F0FD9C31366B54D081CC60B9773B42FE5E133E | 03/05/2023 20:02:27 | Blacked Raw | 02/08/2023 | 03/06/2023 | PA0002399990 |
| 75 | Info Hash: 5FF481118D0A3427E17207ACDD24FAA56DBCE201<br>File Hash: EEF370BCF3FF1FD72694612239CBA74715CAA4513530F645C63D827E268BC130 | 03/04/2023 01:13:22 | Blacked | 02/18/2023 | 04/13/2023 | PA0002407766 |
| 76 | Info Hash: 6C8838FC8D9E67B9CEDE5A554638A6CEFFE917CB<br>File Hash: 97333BD8DC54DA715AE592D8451678A45FDA5E953386A1AADC18A463C48E676C | 03/04/2023 01:13:07 | Blacked | 02/25/2023 | 03/07/2023 | PA0002400308 |
| 77 | Info Hash: 21631802DAA040229CCC2DE1D5D216DA12CDA353<br>File Hash: 96872EAC149F771891AA191A88A688562065865A387742B71587D9AB58BD4F21 | 03/02/2023 01:20:09 | Tushy | 02/26/2023 | 03/06/2023 | PA0002399996 |
| 78 | Info Hash: C8FCB72512181DEBF68798064F57215F137CC369<br>File Hash: 7D77CD89BDDD5175B6C5775155ABE6765DBCC8D9D3D09DB4A285FF43F55D7EB8 | 02/27/2023 01:17:57 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 79 | Info Hash: 843252C34A08DF36967AC350101638400957B344<br>File Hash: EEB99E78B3AB556BD561F65B464A8F72C78FBAB27E453DDC28996B081BE5C3F6 | 02/27/2023 01:16:39 | Tushy | 06/12/2022 | 06/27/2022 | PA0002354982 |
| 80 | Info Hash: BD4ADA92D9E1AD87E042F305867F10A9BB39EB48<br>File Hash: F1EA832C2B5392ED4C2656330A3476A419E3D7822E796D5BDF2E8BB828BA8AE2 | 02/26/2023 22:31:48 | Blacked | 09/13/2021 | 10/05/2021 | PA0002315289 |
| 81 | Info Hash: E315C9240C9CB55D756C482C0993EAFE8436AC2B<br>File Hash: 4EB31B2A27E8E0FB886E479A8C4FC95E89FA70218985BA8FEA2C0822BC5A3A22 | 02/26/2023 22:30:51 | Tushy | 02/19/2023 | 03/06/2023 | PA0002399999 |
| 82 | Info Hash: B510A624B51DA5D209130F6B7161A6456E021C56<br>File Hash: FA2E737F2AD41A98DDC527879C378B5991091A5EB51854E8A8A4AC6AA92F21C0 | 02/17/2023 17:18:53 | Blacked Raw | 01/04/2023 | 01/10/2023 | PA0002389594 |
| 83 | Info Hash: D2800C63D5D59EA36749885A2DC3571BD08E27E5<br>File Hash: 3551F03F8385F63900B67FFAC1062B41893CB0AF51D018CCFD89F9A1082ADA28 | 02/13/2023 02:25:21 | Blacked Raw | 05/30/2022 | 07/21/2022 | PA0002367910 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: CE8EC1A831E1DC2775AEBAF0F00CA27AB0E0B982<br>File Hash: E08672F3ED6BE95A0D92451A86A84919B434B0AE2638C1F04F71250E58668C31 | 02/13/2023 01:53:09 | Tushy | 02/05/2023 | 03/07/2023 | PA0002400315 |
| 85 | Info Hash: C20D8CE638A46CD39FA65004C565F7F85846691D<br>File Hash: EA5B48145CBAF733479368D9256BC9D6AA8EC5702C56014718B4A1CBA7E39563 | 02/11/2023 22:05:30 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |
| 86 | Info Hash: 360953C9CC1BB89C7408B8C2C3ABC896C0836D83<br>File Hash: 76D1DE1208812A2996C02F9290DBBF43F7894BD83EF5361824E6689309E38278 | 02/11/2023 21:40:33 | Blacked Raw | 10/26/2022 | 11/01/2022 | PA0002378070 |
| 87 | Info Hash: 3AD0F06F038FCEA6C738A2A93D38C5FB6CCC288C<br>File Hash: 407A453E1507FB5ED0407941EB7B782BBDF76C8794AB5A3E3A6E1E5FEA354EAD | 02/08/2023 22:39:46 | Blacked | 01/28/2023 | 03/07/2023 | PA0002400316 |
| 88 | Info Hash: 6EA6E4212F932EBC69B7E8F8DB75B13F7AFD9DD7<br>File Hash: A6DCCCB21B688C9143B8992B42EBFC1FF2A5BD216B1954DD89CA0870C76DC157 | 02/08/2023 22:39:19 | Blacked | 02/04/2023 | 03/07/2023 | PA0002400314 |
| 89 | Info Hash: 808D0DACC7E9FBB35EE771957354DFF788D34F47<br>File Hash: C1168F6A49577C2D26E15D18ED3F1EDE7096F3EAAD0B5A53F4CACE7672C77937 | 02/08/2023 03:03:23 | Tushy | 12/11/2022 | 01/10/2023 | PA0002389623 |
| 90 | Info Hash: D359D35875C5F32B41F0249F3A7799C24A9924E8<br>File Hash: 22F62BF081C26626057E0DAC33C9E8282D46787B2DE6D812884FD8BA8466B016 | 02/06/2023 00:09:14 | Vixen | 08/26/2022 | 10/05/2022 | PA0002373767 |
| 91 | Info Hash: 1A3BB4E8163B5F1CD768FCF274F03B6512CC0872<br>File Hash: B21D9A5CEA58190545E356A4787140107DB2E6BD3D00903869BEE3827FA3CA3A | 02/06/2023 00:08:11 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 92 | Info Hash: 8E982B67CA4D67AD1D211959E642E8E9F591C120<br>File Hash: 6A3CC94D8AC45692DDCB4BB6458BBA573972CD56A872BE750DAEE679F5B545E2 | 01/28/2023 11:25:43 | Tushy | 01/01/2023 | 01/10/2023 | PA0002389579 |
| 93 | Info Hash: 900BAB676337C1F701BB40F026ABFE58A241F810<br>File Hash: C7E9C8AE0E9153541F167759770B637E30E3F3A2BED8EC63078B68E09DD725E6 | 01/22/2023 18:29:11 | Blacked Raw | 10/21/2022 | 10/31/2022 | PA0002377818 |
| 94 | Info Hash: AFD2270A76FA43E693D662B91708FBBAA3603013<br>File Hash: 3C08EA8E6B063E2BCBB2520AB11B7B72118702BF1AEE5482688098021D00AEB7 | 01/12/2023 01:02:56 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 95 | Info Hash: 5F6FB8DFB2DFD2AC9E2B50F5AEE4780448746B4F<br>File Hash: 426620AFCFC38A261CA1DFE8A663B2FF4281F8ADD5FD327B441604CBFA634D7D | 01/09/2023 01:56:27 | Tushy | 06/10/2018 | 07/14/2018 | PA0002128387 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 1F2B015CD4C9A8C677C97B22A07CDE4568815569<br>File Hash: E93CEEF53FCFA9E6CB5E78A1D5144E0FDA83EBCD9B451CEAE58DF5078BB85717 | 01/08/2023 14:42:43 | Blacked | 11/26/2022 | 12/11/2022 | PA0002384739 |
| 97 | Info Hash: 0BF2F77667DA2D5179A2C98B9962C4E361CB7630<br>File Hash: 4898712AD01A587C38B2725F1FBEADD1E3049546F5C03B5B7A991E6A436B5D9D | 01/06/2023 00:35:01 | Tushy | 10/16/2022 | 11/27/2022 | PA0002388606 |
| 98 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 01/02/2023 19:25:22 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 99 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 01/01/2023 01:26:44 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 100 | Info Hash: 461E0CEF7D200B75783F552943E8EA67DF67BE52<br>File Hash: 7E34C7FA61A6B9E3F7991244AADF3631B33BCDA9044FDE7B055ED82BAAB10842 | 01/01/2023 01:20:14 | Blacked | 12/24/2022 | 01/10/2023 | PA0002389603 |
| 101 | Info Hash: E12FF3F313842E2F77EC08C5A3D804F608AB1116<br>File Hash: BE61C07B258B1FCEBBDE344FB23D51C8E6A1AB2FDE7926DB25DA716090CE99BD | 12/18/2022 23:05:19 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |
| 102 | Info Hash: EB9649DDA2323288F92ED22A89ACEC80BE7FB8C9<br>File Hash: B1FDD4D0D94D03816A948DAD236518FB29C3D0CCD12460AFC8C008B79DB0F948 | 12/12/2022 23:33:13 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |
| 103 | Info Hash: 41577E4102ED339277357B7EF3E97C1347487EE2<br>File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 12/07/2022 22:04:54 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 104 | Info Hash: 7AA9EE0B623B3876BDBBB4854D311BA014697009<br>File Hash: 577DD7CC610D0E87E1C3540C9B8C3AC9468189E7F0EDCD628D3AD9AAC0E2209B | 12/07/2022 22:01:59 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 105 | Info Hash: FBB1E3387B5D032B30B9137E05F516E696DC5CC5<br>File Hash: B9956D883B639ABA09E7C17604A1DE4661B56E9371D9A95D7CB251267123EB58 | 12/04/2022 20:55:14 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 106 | Info Hash: E0352D1520AD50835C590D18409D2DB21E88054A<br>File Hash: DEBC5199373C697283F414041AEA27A2A25F5C6683B3534192CE8872A1AA8181 | 12/04/2022 20:51:49 | Blacked | 03/26/2022 | 04/23/2022 | PA0002346435 |
| 107 | Info Hash: 33DEBFD16F53996E2A3BD27C4BB5E609F0943E54<br>File Hash: 1A5D9A40E8EA252B70883140ECA5844D396D908269D4AE083966CF481D46B7EC | 11/24/2022 19:05:16 | Blacked | 11/19/2022 | 12/11/2022 | PA0002384693 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 9C80B087C925D30BA01F72FC0EAABD8EAADF588A<br>File Hash: 6B5DA385F81A777EE12E85036DA75583C5E8E489C435CE37C469E9E0EB289336 | 11/22/2022 00:26:54 | Blacked | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 109 | Info Hash: EAB2397384B19AA89B987261808AB979F962822E<br>File Hash: 6603E3B54B2503DA948AB6D6F05E3CE18E3220BD3E45F2EF217F231364844512 | 11/22/2022 00:22:25 | Vixen | 10/28/2022 | 12/11/2022 | PA0002384773 |
| 110 | Info Hash: 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash: B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 11/08/2022 00:12:20 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 111 | Info Hash: CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A<br>File Hash: C9D25135B90E91BB6451557A25CFF18DF7E804114218FB4E7CB112E333D037EA | 11/08/2022 00:12:05 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 112 | Info Hash: C39AA4E1D1D7DCB35A662E8317DC5EB1CAD6DA7E<br>File Hash: 7645F9F88133D7D66D4EAD2432F1F8203180812588FCB5D4490E78B6FFFD63FC | 11/06/2022 18:06:40 | Blacked | 10/29/2022 | 01/06/2023 | PA0002394016 |
| 113 | Info Hash: 8380829FBFACEF0EE48B37AF15910E96A5E8329C<br>File Hash: 72B9208BB759C27C1532BE6EBAB0A289A32F80E552A690ABAE2BA4752DA0B354 | 10/30/2022 17:34:15 | Blacked Raw | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 114 | Info Hash: 973306499CCF5C90FB3899481EE9FDB896D23743<br>File Hash: A4FD70F4492A74C4931D3DA37BA5CB04015E0BB8E47D8DD4A9629CEDCD526A6A | 10/30/2022 17:29:53 | Blacked | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 115 | Info Hash: BFCF3D77DE012E769FBAF60C8B8408969E1E9909<br>File Hash: 9E457BE56EDD7EFCA51CA374BC07862B62BEA9FEA2BB7A13924160945C6A16FD | 10/26/2022 22:53:23 | Blacked | 10/15/2022 | 11/01/2022 | PA0002378073 |
| 116 | Info Hash: AAE6121340EAE0160B4C806657D86B12B6C56EF1<br>File Hash: 3BE3A2F43B83D6686C38D009BC5EE69D24167F3066AB24302A3B292609816AD2 | 10/26/2022 22:52:24 | Blacked | 10/22/2022 | 10/31/2022 | PA0002377820 |
| 117 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 10/23/2022 23:20:16 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 118 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash: CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 10/23/2022 23:07:15 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 119 | Info Hash: 30C2E5EEEBDF45D9C83127199FE070EEB091A96C<br>File Hash: 363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 10/23/2022 16:37:06 | Blacked Raw | 10/19/2020 | 11/05/2020 | PA0002263389 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: DFD87489172F667525F25ADD96FD994CB72A0E48<br>File Hash: 9AA4B80BD3A97492938BFC46D62BF00C62E3D9A696A321DFDE472D11ABB9799A | 10/18/2022 00:41:05 | Tushy | 08/28/2022 | 11/01/2022 | PA0002378076 |
| 121 | Info Hash: 6CBBBB442C2612315F5EED7712A820C458A89F7F<br>File Hash: 5733688BD9ECEE3A16EFB5959225817624F4350EA2440C498125AFAC16774F00 | 10/18/2022 00:40:48 | Tushy | 07/31/2022 | 08/30/2022 | PA0002367738 |
| 122 | Info Hash: F85F71DA365490122ED4143E8671D6CA36E80124<br>File Hash: 3F7C3A7C2A70861A5D2E9F337E4A379BF8D4C49E9F831B733DFFA088A279CF85 | 10/18/2022 00:40:43 | Tushy | 10/02/2022 | 11/27/2022 | PA0002388605 |
| 123 | Info Hash: 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44<br>File Hash: A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 10/13/2022 22:43:15 | Tushy | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 124 | Info Hash: 3B58AC3058126891063C5D48C204B93ADF743C16<br>File Hash: 676A3A32AC112D7A024182630D5EF9ABF24D77685371AB211CBF74D8DCB0F89B | 10/02/2022 16:37:42 | Blacked | 10/01/2022 | 10/31/2022 | PA0002377817 |
| 125 | Info Hash: 05A7B52E88CC9418AD100770A8B91C7FCBB1C243<br>File Hash: BEFADF46F75084FE9D72C5C17C867576423934986E024947FA06A1ABB7E2DBE2 | 09/25/2022 16:56:14 | Blacked Raw | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 126 | Info Hash: 42C52C418593792BC51AA3FA25382B3DAF6A53E4<br>File Hash: D23B08640253FEA80830649F24C6384FC7178C86E16C875E32B0ECB7DB975DDC | 09/25/2022 14:48:41 | Blacked | 09/10/2022 | 10/05/2022 | PA0002373949 |
| 127 | Info Hash: F9DD9DBCEF2B542CA89D25DB64445CB2B459E8F9<br>File Hash: E423F43AC63A96F0DDEFE71F05D4FDF4000D8A0A77B65FED2D692B3D96E6121F | 09/03/2022 10:15:42 | Blacked | 08/20/2022 | 08/29/2022 | PA0002367733 |
| 128 | Info Hash: F079D269230D8FC61AFE8E4B75965FD17088D3F3<br>File Hash: 0F0903FFC4AC319A2E31799A78C03C8433FB3CB7FC32B887000803194A7DE328 | 09/03/2022 10:15:19 | Blacked | 08/27/2022 | 10/05/2022 | PA0002373768 |
| 129 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 07/31/2022 21:24:57 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 130 | Info Hash: C5F97651D6D0ACCAF80962B6D247D3DB106817EF<br>File Hash: E275AC4E3CC73AE8590AFE10FDDB66AD111E7FF023E5E17F9F8AE2B5513A30F8 | 07/24/2022 17:10:03 | Blacked | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 131 | Info Hash: 5E5380B0F1CC1E711CB7620812863EB56AED978F<br>File Hash: 75170608DF2827225CB99B0980BA5FE61B6C9671AEEDCC47692C46BDD9E508F2 | 07/13/2022 23:25:15 | Blacked | 07/09/2022 | 07/22/2022 | PA0002359462 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: ED1A41C10DF12572CF0495A9812266933098465C<br>File Hash:<br>5977F2647E7E0F9BF687750CD6E06A3979ABAC4D7341E9D33D37D86BC5EE11E3 | 07/13/2022<br>23:25:00 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 133 | Info Hash: 662C42833DF0727F4B96196F88475B615B2F0D2B<br>File Hash:<br>181A5A85F913157A0303150E1B0C7ECC81F7A63FC42BA1071B5236AC52A0432E | 07/13/2022<br>23:02:00 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 134 | Info Hash: A83F4EC5922C112BE37DAE66274D109EDB82FE84<br>File Hash:<br>FB03344F09C922C4144FE320E0D99B122B579E4D865A25EEC79FF59D08B6FCFF | 07/04/2022<br>19:36:07 | Vixen | 06/10/2022 | 06/27/2022 | PA0002354995 |
| 135 | Info Hash: ECB2BCD2B57FC232E0C6327EB9A5EEF58FC720F8<br>File Hash:<br>ACEB875F87F96F4F6779B11CD5A2EC52720944B751C5FC8EB367DF71CA6112E9 | 07/04/2022<br>19:35:52 | Vixen | 06/17/2022 | 06/27/2022 | PA0002355040 |
| 136 | Info Hash: 466DC53498A109B354BF204B1060C9AABE811937<br>File Hash:<br>CDD41BBB549179DA06A3776763D24769C93A8537448A3DC5D9891A458D880636 | 07/04/2022<br>19:35:43 | Vixen | 06/24/2022 | 07/22/2022 | PA0002359475 |
| 137 | Info Hash: 9690A9C37C9F20B1B609DE0EAD87297A8EF7A438<br>File Hash:<br>48299B3A1CB9C059B3604DD18800FDD80CCBCC2C1D54CCE849D48F5A5B47ED37 | 06/26/2022<br>00:25:46 | Blacked | 06/18/2022 | 06/27/2022 | PA0002355032 |
| 138 | Info Hash: 9D665196F0629E2A4387C006AB73216F3364D49F<br>File Hash:<br>2D755E376BA4638E86ED489FC562CE9B2CF03E6D09C31C592E060FA95CC17665 | 06/17/2022<br>02:06:15 | Blacked | 06/11/2022 | 06/27/2022 | PA0002355039 |
| 139 | Info Hash: A88B603322BF187C8BBA11B011BAA6896B16FD0E<br>File Hash:<br>11DF5105317A7853DF00BE01797F850ABF0BDC4534AFCE164904B10F78AEA29D | 06/17/2022<br>01:42:18 | Blacked Raw | 06/06/2022 | 06/27/2022 | PA0002355038 |
| 140 | Info Hash: EFDB886D8D69B8D7CC31153066C52424FA716283<br>File Hash:<br>93102C27DC519B2CE7C98574FF209BD6AC36DFAEC9CD1A7A0B39FAA5828B69F7 | 06/09/2022<br>00:09:29 | Vixen | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 141 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash:<br>13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 06/07/2022<br>09:32:31 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 142 | Info Hash: F1395942DA1D2B0D285DD5D793F4D3904FEBD794<br>File Hash:<br>03DE25C71A2D7E382224012F26C5E8A4541636F86B4EA05786F62FD134940903 | 06/07/2022<br>00:35:46 | Blacked | 06/04/2022 | 06/27/2022 | PA0002354990 |
| 143 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash:<br>72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 06/07/2022<br>00:35:38 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: F6D6E795148593F639DC8362628B2C02D1F474CA<br>File Hash: 02E07269EEE69A11FB1DDF4E88D2C08C8A9F4C09EF38A5EC4B2E70B272EB4B8D | 06/07/2022 00:35:35 | Blacked | 05/28/2022 | 06/27/2022 | PA0002355034 |
| 145 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash: C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 06/07/2022 00:21:06 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 146 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038<br>File Hash: 829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 05/19/2022 13:41:59 | Vixen | 03/25/2019 | 04/16/2019 | PA0002187577 |
| 147 | Info Hash: 5945514AF8899CFD10AE694A65388F2474D822DD<br>File Hash: EC127D9D93262F61A8F29FCD024A89A603FBE2E1FB7A7F7EA67A513E8E7CC349 | 05/14/2022 17:52:42 | Blacked Raw | 04/04/2022 | 04/23/2022 | PA0002346436 |
| 148 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 05/14/2022 17:51:06 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 149 | Info Hash: 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC<br>File Hash: FE6FD35082C56D4DBBAEEFF99C16EAAB45C0602F2365CD617DFDDD89F06D73AD | 05/01/2022 15:57:56 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 150 | Info Hash: 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9<br>File Hash: 0AABDE31D9B400BB1140583BAA96B69BD8A4BDCB7546497ADBD1DD464CCADC52 | 04/30/2022 22:14:35 | Blacked | 04/15/2017 | 06/15/2017 | PA0002037563 |
| 151 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 04/26/2022 00:29:32 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 152 | Info Hash: A64B661C3097F24AB79E935D73B0F72E97045A3A<br>File Hash: 7BB7231871BFC8FC0FCA6EE3732502B5DD91A04E1E5D169523B1A1219F2302D7 | 04/24/2022 23:51:55 | Tushy | 02/20/2022 | 03/29/2022 | PA0002342839 |
| 153 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 04/22/2022 22:28:58 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 154 | Info Hash: 5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19<br>File Hash: 98CDC17BC4D0A858192F41FD54802AA61EC55EE5616632DC63F7F18150DC90BA | 04/12/2022 23:17:09 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |
| 155 | Info Hash: 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2<br>File Hash: 91586FC60AEA8195E518F7211642E75475C9BFD182FEA0517D1CBA403D777473 | 04/10/2022 21:54:01 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 156 | Info Hash: 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC<br>File Hash: 6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 04/10/2022 20:12:08 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 157 | Info Hash: A3DA962966B22156A853DCCE4289A66A113ECF29<br>File Hash: A0BBC273DFF38E4BE899887EFA2862701EA5F987E90AA06AC5180EC949B0EC41 | 04/10/2022 17:22:16 | Tushy | 08/29/2017 | 10/10/2017 | PA0002086144 |
| 158 | Info Hash: 90A5DB6BE71BA6928A9A54DC55C7C38D10236683<br>File Hash: 976CBF796535398FA77A089E7635681DCD1E6B6D76AF25769DDFD05875D59EE8 | 04/09/2022 02:19:11 | Blacked Raw | 03/28/2022 | 04/23/2022 | PA0002346413 |
| 159 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 03/27/2022 18:03:33 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 160 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash: 6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 03/27/2022 16:06:10 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 161 | Info Hash: CFF1AB871E6A359BE3E60A2CC933947745B69450<br>File Hash: DB64F1B77AFEB04F804ED448019E8D62B9291F8ED86539C372EB4342466E2978 | 03/19/2022 14:57:27 | Vixen | 02/25/2022 | 03/29/2022 | PA0002342849 |
| 162 | Info Hash: E012337CB067C9F14FB80B448FC4CFC55B70C880<br>File Hash: 5F37C252898DFE75203BBCFEE4E7222A80CAE728C8B9D8A541634A10ED887249 | 03/05/2022 19:54:38 | Blacked | 02/26/2022 | 03/29/2022 | PA0002342860 |
| 163 | Info Hash: E3F0FF78EAEEB2558ADCB68ACF778838B342BE38<br>File Hash: A1304922349D3DDEA59E77534DE42265DEDF7BB981BA11030BA35B0BF04A3BF9 | 03/05/2022 19:54:30 | Blacked | 02/19/2022 | 03/29/2022 | PA0002342851 |
| 164 | Info Hash: 3CC457CC799E21AEADDA7D5E0EA1A77B64A1C98C<br>File Hash: 03C040401432CBB4B896350A0C971BB2926030AB4E69C16132919DE7434B9C02 | 02/15/2022 01:14:37 | Blacked | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 165 | Info Hash: D113334FA7FF7F67CF5D3B430313D36654C67CFE<br>File Hash: 52F2DD1C2E9A6603272AC2338720AE046EE9DF5F93033264E0A27B3C6E15FFAC | 01/24/2022 02:19:36 | Vixen | 09/29/2021 | 11/11/2021 | PA0002321322 |
| 166 | Info Hash: 294DDCEBFD93AA7E18B5CCC90F48DC52718D1B79<br>File Hash: FD6A9D3183365AC95017C622CEEDE7C51872C6FDA57F35D63F6C2ECC7254D62C | 01/23/2022 16:19:36 | Blacked Raw | 06/07/2021 | 06/15/2021 | PA0002296926 |
| 167 | Info Hash: 4AC9C0CAB21CC6E809535B91E7FABE3143B75B2A<br>File Hash: FC009B88637D7BF14546FFA6FA23B769633756143C8E28534D8FCB7780AA6169 | 01/23/2022 01:27:01 | Tushy | 01/16/2022 | 03/04/2022 | PA0002345785 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 168 | Info Hash: 47CE723D84C0A2028A53B98FE9431C963A280E54<br>File Hash: 3B4131F8980F5B1897C386893963773E40C3EEECE0EF9820C958D8248BE7E58C | 01/23/2022 01:26:35 | Tushy | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 169 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 01/22/2022 12:20:43 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 170 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 01/22/2022 12:07:29 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 171 | Info Hash: 554E325A9D7E7E6E67EB4F6AE427E8A6A2D051DC<br>File Hash: A3786D82599BE0B84A40AF5DE0982F53F9BBA050FD3AA5929E3292718C79F801 | 01/10/2022 02:38:55 | Blacked | 03/11/2018 | 04/17/2018 | PA0002116091 |
| 172 | Info Hash: BE571AABD7F601AAFFD2D12180BC32EA3760F850<br>File Hash: 787934CEC39A656D9AB99ACC025BF12161ECAB6A9BC5B4A2CC6445610EC31C83 | 01/09/2022 17:34:46 | Tushy | 01/02/2022 | 01/17/2022 | PA0002330092 |
| 173 | Info Hash: 66E841DDD72A50FF74298079B63B8046D69081CA<br>File Hash: 64783253670BAC42DF82F0CC9608EDB50306F7A4E72DE0A5C15320491B71A48A | 01/08/2022 20:00:08 | Blacked | 07/03/2021 | 08/02/2021 | PA0002305091 |
| 174 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 01/08/2022 19:58:30 | Blacked | 05/22/2021 | 06/09/2021 | PA0002295591 |
| 175 | Info Hash: 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A<br>File Hash: F997341CFEA250813769A2C58B8CE85C90588C532B71CC9E69B3CB9329FA7EA7 | 12/24/2021 20:03:19 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 176 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 12/01/2021 15:48:50 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 177 | Info Hash: 3FEE7C487A35F7E6AE78A807A44B844FC26A82EF<br>File Hash: CD9DF4DA3207DFBAEDC3352231540A2EA0390A71EAA7A3FEC2492C3DAF4E8D78 | 12/01/2021 15:38:25 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |
| 178 | Info Hash: 0462D373EDC5BFF169B3DCCB9FF967FEB0C0A5E0<br>File Hash: 89E659B924CC18F157F35A3DF4ED59A3D40411F854BE952355132749FD7D4EBC | 12/01/2021 15:38:04 | Tushy | 10/17/2021 | 11/11/2021 | PA0002321294 |
| 179 | Info Hash: 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 12/01/2021 15:37:38 | Tushy | 02/21/2021 | 03/08/2021 | PA0002280370 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 180 | Info Hash: E533B796107B8AAD8968BB91C4834F93DE5110D9<br>File Hash: 701F9B58EFC42D81AC0BD3A8E6A7513130543589B0819C84BCF90EE274B8C281 | 11/28/2021 04:36:20 | Vixen | 09/13/2021 | 10/05/2021 | PA0002315286 |
| 181 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 11/26/2021 22:52:14 | Blacked | 06/26/2021 | 07/08/2021 | PA0002300662 |
| 182 | Info Hash: 05E0AAD63EF5729509BA5EAE149546A8EA721565<br>File Hash: 31DE1917A72BD55F634E20F33DB995AE134F50A0243F8D6F01F23C85CF36E982 | 11/26/2021 22:52:05 | Blacked | 11/20/2021 | 12/09/2021 | PA0002325817 |
| 183 | Info Hash: D953E392C297913CDBDFCE65BCF4DF39F6D492E1<br>File Hash: 0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 11/24/2021 15:13:51 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 184 | Info Hash: 4E09CCA0246A2BF6989481994B04C0BC7C6B8180<br>File Hash: B3E7D4C69B1947521E58A91246227A44788A1F197CE0E0769394DEEE8A56BB4D | 11/22/2021 00:12:17 | Vixen | 04/23/2021 | 04/27/2021 | PA0002288949 |
| 185 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 11/19/2021 16:31:40 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 186 | Info Hash: 15A32CA1CFAD3EA65AF87CAA8C9FB09CE356E9C1<br>File Hash: 52761A8B9BABD66BC223530139667BCA7A7FA6B537B66EF70535D77A27CB3C3D | 11/07/2021 03:33:04 | Vixen | 10/22/2021 | 11/11/2021 | PA0002321272 |
| 187 | Info Hash: 016161E8AA898792B643580F2DB238D327C6ACC3<br>File Hash: 953828B3BE15991749CC09CA4AAB940EBF9ED677ECBFCDB9F3C993294444E817 | 11/07/2021 03:16:01 | Blacked | 09/29/2021 | 11/11/2021 | PA0002321302 |
| 188 | Info Hash: EDEFF260580ABC2B4E7E910F8D43B87A326D4F1D<br>File Hash: 6D9DF80B165F756F81B57875E84BBC91BF9799194751401B5DF52D57212B33A1 | 11/07/2021 03:15:07 | Blacked | 08/19/2021 | 09/30/2021 | PA0002319753 |
| 189 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 11/07/2021 03:14:54 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 190 | Info Hash: 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash: 55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 09/05/2021 19:05:45 | Vixen | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 191 | Info Hash: A8A3BD6F55B9776288B17A4D7B1FCB3021AD855D<br>File Hash: 16790032FA462191BB440E4D6DD29B36EF6B1A7082A9BD4E64516782E80A4046 | 06/08/2021 00:39:56 | Blacked | 05/15/2021 | 06/09/2021 | PA0002295594 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 192 | Info Hash: 937A7E82157326EF5E7CD36C86A0A0EDACC0FF5F<br>File Hash:<br>F25B5FBD8E3FF914599D16AB4902E1E3C75E1BABBCCCFAFA1F2ACB124563B9DE | 06/08/2021<br>00:34:54 | Blacked | 04/17/2021 | 06/09/2021 | PA0002295585 |
| 193 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash:<br>23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 06/08/2021<br>00:34:42 | Blacked | 01/02/2021 | 01/05/2021 | PA0002269954 |